### DuBignon *v.* Wright.

Simmons, C. J. " The defendant below was not entitled to open and conclude because he did not, by *admissions in his answer*, make out a prima facie case for the plaintiff and thus relieve him from the necessity of introducing evidence. Admissions made by a defendant for the purpose of gaining this advantage must be in his *pleadings* and *not merely oral.*" *Dorough* v. *Johnson*, 108 *Ga.* 812, and cases there cited. The ruling above laid down is

applicable to the case now under consideration ; and the judgment of the court below is, therefore, *Affirmed. All the Justices concur.*

Argued January 30, — Decided March 4, 1905.

Equitable petition. Before Judge Parker. Glynn superior court. July 14, 1904.

*W. E. Kay,* for plaintiff in error. *Krauss & Shepard,* contra.